# Order

Michigan Supreme Court
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

146028

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

WILLIE COOPER, III,
     Defendant-Appellant.

SC: 146028
COA: 302702
Macomb CC: 2010-003534-FC

_____/

On order of the Court, the application for leave to appeal the August 23, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



Clerk

h0617